UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JOHNNY WILLIAM COFFEY, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) No.: 1:15-cv-05-HSM-SKL |
| v. | ) |
| | ) |
| DAVID SEXTON, Warden, | ) |
| | ) |
| *Respondent*. | ) |

## MEMORANDUM AND ORDER

This is a *pro se* state prisoner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The petitioner has not signed his pleading, has not paid the required $5.00 filing fee, nor has he submitted an application to proceed *in forma pauperis*.

Therefore, the Clerk is **DIRECTED** to photocopy page 14 (the signature page) of the pleading and to send the original to the petitioner, while retaining the photocopy for the Court's file. The Clerk is further **DIRECTED** to send petitioner an application to proceed *in forma pauperis.* Finally, the Clerk is **DIRECTED** to hold the petition for thirty (30) days pending receipt of the completed signature page of the petition and either the $5.00 filing fee or a completed application to proceed *in forma pauperis*.

Petitioner is advised that failure to sign the petition and pay the filing fee, or submit a completed application to proceed *in forma pauperis*, within the time allowed

will result in the automatic dismissal of this action without further notice by the Clerk of Court.

**ENTER:**

                                                  */s/ Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE