UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JOHNNY WILLIAM COFFEY, | ) |
| *Petitioner*, | ) |
| v. | ) No.: 1:15-cv-05-HSM-SKL |
| DAVID SEXTON, Warden, | ) |
| *Respondent*. | ) |

## MEMORANDUM AND ORDER

This is a *pro se* state prisoner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1). The Clerk is **DIRECTED** to serve copies of the petition and this Order upon the respondent and the Attorney General for The State of Tennessee.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, the respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4 of the Rules Governing Section 2254 Cases In The United States District Courts. The respondent should specifically address whether the petition was timely filed and whether the petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**ENTER:**

　　　　　　　　　　　　　　　　　　　　　*/s/ Harry S. Mattice, Jr.*
　　　　　　　　　　　　　　　　　　　　　HARRY S. MATTICE, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE